# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHUCK HUNTER      REG. # 29866-001 | : | DOCKET NO. 17-cv-1029   SECTION P |
| VERSUS | : | JUDGE JAMES |
| CALVIN JOHNSON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent determination of the issues and review of the record, including the plaintiff's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this 7th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE